Filed in U.S. Bankruptcy Court
Atlanta, Georgia
9:20 AM
JUN 30 2023
M. Regina Thomas, Clerk
By: _____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

Veronica Ligonde
23-54966-jwe

Debtor(s)

Case No.: 23-54966-jwe

Chapter: 7

**Emergency Motion to Remove Case / Fraudulant**

I am requesting that case number, 23-54966-jwe be removed from the Court's record. This case was filed by my daughter, which was not authorized. I do not think she understands the severity of what her actions have caused. She has put me at-risk of losing everything I have worked so hard to accomplish. All of my accounts have been closed that were in good standing, which includes my mortgage. Sometimes, parents have to make tough decisions regarding their children and this is one of those cases. Unfortunately, my daughter has to answer to what she has done. I am the victim in this case. Thank you for consideration in this case.

Dated: 06/30/2023

Signature: *Ligonde*

Printed Name: Veronica Ligonde

Address: 2030 Registry Place
Hampton Ga 30228

Phone: 470-661-7626

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF GEORGIA

### ATLANTA DIVISION

IN RE: Veronica Ligonde ) Case No: 23-54966-jwc
)
) Chapter 7
)
)
Debtor(s)

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the __30__ day of __June__, 20__23__ I served a copy of __Emergency Motion to Remove Case / Fraudulant__ which was filed in this bankruptcy matter on the __30__ day of __June__, 20__23__.

Mode of service (check one):  ◯ MAILED   ⊘ HAND DELIVERED

Name and Address of each party served (If necessary, you may attach a list.):

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta Ga 30305

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Ga 30303

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: 6/30/2023

Signature: /s/ Ligonde

Printed Name: Veronica Ligonde

Address: 2030 Registry Place
Hampton Ga 30228

Phone: 470-601-7626

(Generic Certificate of Service – Revised 4/13)